1 | BROWNE GEORGE ROSS LLP
Keith J. Wesley (State Bar No. 229276)
2 |   kwesley@bgrfirm.com
Corbin K. Barthold (State Bar No. 297938)
3 |   cbarthold@bgrfirm.com
2121 Avenue of the Stars, Suite 2400
4 | Los Angeles, California 90067
Telephone: (310) 274-7100
5 | Facsimile: (310) 275-5697

6 | Attorneys for Plaintiff
EVOX Productions, LLC
7 |

8 | UNITED STATES DISTRICT COURT

9 | CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

10 |

11 | EVOX PRODUCTIONS, LLC, a
California limited liability company,

12 |                                                    Case No.

            Plaintiff,                      **COMPLAINT FOR DAMAGES
13 |                                            FOR:**

        vs.                                 **1. COPYRIGHT INFRINGEMENT**
14 |
MPG CAR RENTAL, INC., a                     **2. VIOLATION OF THE DIGITAL
15 | California corporation,                     MILLENNIUM COPYRIGHT ACT**

16 |            Defendant.                     **DEMAND FOR JURY TRIAL**

17 |

18 |

19 |

20 |

21 |

22 |

23 |

24 |

25 |

26 |

27 |

28 |

698020.1

COMPLAINT

Plaintiff EVOX Productions, LLC, ("EVOX") alleges:

## INTRODUCTION

1.      EVOX has been in business for twenty years, licensing high-quality photo, video, and interactive automotive vehicle imagery.  It has created a library with over one million unique images and videos that is widely recognized as the best quality and most comprehensive of its kind in the United States.  Its library includes pictures of over 9,000 makes and models of cars that have been sold in the United States from 2000 to the present.  In order to protect its investment and valuable intellectual property, EVOX owns registered copyrights in the images in its library. A copyright registration may include multiple still images for a car, including exterior spins and interior panoramas.

2.      EVOX's images display information that identify EVOX as the copyright owner, including the phrase "© EVOX IMAGES."  EVOX IMAGES is a registered trademark of EVOX (registration number 3,649,661).

3.      MPG Car Rental, Inc., ("MPG") is a rental car company in Los Angeles.  Its president is Steve Vahidi.  MPG has registered and uses a website (www.mpgcarrental.com) from which customers of MPG can make, modify, and cancel reservations for "green" cars.

4.      MPG is not Vahidi's only rental car company.  Vahidi also runs California Rent-A-Car ("CRAC").  EVOX recently discovered that CRAC has been displaying EVOX's copyrighted images on its website (www.californiarac.com). EVOX never authorized CRAC's use of these copyrighted images.  EVOX sued CRAC.  During discovery in the action against CRAC, it came to light that MPG has been infringing EVOX's copyrights.  Just as he did with CRAC, Vahidi has in the past three years been placing EVOX's copyrighted images on MPG's website.

5.      When displaying EVOX's digital images on its website, MPG removed the information identifying EVOX as the copyright owner or distributed the copyrighted images with the knowledge that the copyright information had been

1    removed or altered without EVOX's permission.

2    **PARTIES**

3        6.     EVOX is a Delaware limited liability company with its principal place

4    of business at 2363 E. Pacifica Place, Rancho Dominguez, California.

5        7.     MPG is a California corporation with its principal place of business in

6    Venice, California.

7    **JURISDICTION AND VENUE**

8        8.     This Court has subject matter jurisdiction over the infringement of

9    United States copyrights pursuant to 17 U.S.C. § 501 *et seq*. and 28 U.S.C. §§ 1331

10    and 1338(a).

11        9.     This Court has subject matter jurisdiction over violations of the Digital

12    Millennium Copyright Act ("DMCA") pursuant to 17 U.S.C. § 1202 *et seq*. and 28

13    U.S.C. §§ 1331 and 1338(a).

14        10.     This Court has personal jurisdiction over MPG (1) because MPG is a

15    California corporation with its principal place of business in California that

16    regularly conducts business in California, and (2) because MPG's copyright

17    infringement and violations of the DMCA have occurred in this District and were

18    intended to cause EVOX harm in this District.

19        11.     Under 28 U.S.C. § 1391, venue is proper in this District because MPG

20    has its principal place of business in this district and regularly conducts business

21    here. Venue is proper also because a substantial part of the events or omissions

22    giving rise to EVOX's claims for infringement and violations of the DMCA

23    occurred in this District.

24    **ALLEGATIONS COMMON TO ALL CLAIMS**

25        12.     Since 2000, EVOX has created and licensed high-quality digital

26    photographs and other images of car makes and models in the United States.

27        13.     EVOX owns the copyrights to more than one million photographs and

28    other images of cars.

14.     EVOX recently discovered that CRAC has been displaying EVOX's copyrighted images on its website (www.californiarac.com).  EVOX never authorized CRAC's use of the Copyrighted Images.  So EVOX sued CRAC.  See *EVOX Productions, LLC v. California Rent-A-Car, Inc.*, 15-cv-8046 (C.D. Cal.).  On July 26, 2016, the court in the *California Rent-A-Car* action ruled that CRAC is liable for copyright infringement.  See *id.* Dkt 51.

15.     During discovery in the *California Rent-A-Car* action, it emerged that Vahidi—who runs both CRAC and MPG—has been placing EVOX's copyrighted images not only on CRAC's website, but also on MPG's website.

16.     MPG used EVOX's copyrighted images.  Further, MPG intentionally—and without the authority of EVOX—removed information identifying EVOX as the copyright owner of its images.  MPG also distributed EVOX's copyrighted images with the knowledge that the copyright management information had been removed or altered without EVOX's permission.

## COUNT ONE

### (Copyright Infringement, 17 U.S.C. § 501 *et seq.*)

17.     EVOX re-alleges the allegations contained in the preceding paragraphs.

18.     Each of the EVOX images MPG used is an original pictorial work and constitutes copyrightable subject matter under 17 U.S.C. §§ 101 and 102.

19.     EVOX did not authorize MPG to copy, display, distribute or transmit EVOX's copyrighted images.

20.     MPG has infringed EVOX's copyrights through copying, public display, distribution, or transmission of EVOX's protected images.

21.     MPG's infringement has been willful.  MPG was aware that it was using EVOX's copyrighted images without authorization from EVOX or recklessly disregarded EVOX's rights in the copyrighted images.  MPG's willful intent is evidenced by, among other things, Vahidi's conduct in running CRAC—Vahidi placed more than 150 infringing images on CRAC's website, and refused to remove

1  them when EVOX alerted him to the infringement—and MPG's removal of
2  EVOX's identifying information from copyrighted EVOX images.

3      22.    EVOX has been damaged by MPG's willful infringement in a sum to
4  be determined.

5  **COUNT TWO**

6  **(Violation of the Digital Millennium Copyright Act)**

7      23.    EVOX re-alleges the allegations contained in the preceding paragraphs.

8      24.    EVOX embedded copyright management information in its copyrighted
9  images, including logos or registered trademarks that identified EVOX as the
10 copyright owner.

11     25.    In violation of 17 U.S.C. § 1202(b), MPG has knowingly—and with
12 the intent to induce, enable, facilitate, or conceal infringement—removed or altered
13 identifying information about the copyright owner of copyrighted images on MPG's
14 website.  MPG has also distributed EVOX's copyrighted images via MPG's website
15 while knowing that information about EVOX as the copyright owner has been
16 removed or altered without authority of EVOX.

17     26.    EVOX has been damaged by MPG's actions in a sum to be determined.

18 **PRAYER FOR RELIEF**

19 WHEREAS, EVOX prays for the following relief against MPG:

20     1.    On Count I:

21         a.    For maximum statutory damages in the amount of $150,000 with
22 respect to each copyrighted work infringed, or such other amounts as may be proper
23 pursuant to 17 U.S.C. § 504(c).  Alternatively, EVOX, at its election, is entitled to
24 damages and/or wrongful profits pursuant to 17 U.S.C. § 504(b) for each separate
25 infringement.

26         b.    For pre- and post-judgment interest.

27         c.    For EVOX's costs in this action, including reasonable attorney's
28 fees, pursuant to 17 U.S.C. § 505.

2.     On Count II:

      a.     For maximum statutory damages in the amount of $25,000 per violation under 17 U.S.C. § 1202.

      b.     For pre- and post-judgment interest.

      c.     For EVOX's costs in this action, including reasonable attorney's fees, pursuant to 17 U.S.C. § 1203(b).

3.     For all counts, that the Court award EVOX such other and further relief as is just and proper.

## JURY DEMAND

EVOX demands a trial by jury on all issues so triable.

Dated:  October 14, 2016

BROWNE GEORGE ROSS LLP
Keith J. Wesley
Corbin K. Barthold

By     */s/  Keith J. Wesley*
           Keith J. Wesley
Attorneys for Plaintiff EVOX Productions, LLC